# Court of Appeals
# of the State of Georgia

ATLANTA,  December 12, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0106.  PATRICE PENN v. ADVANTAGE SOLUTIONS.**

Upon consideration of Petitioner's pro se emergency motion relating to the magistrate court's dismissal of the underlying complaint without prejudice, said motion is hereby DISMISSED. See Court of Appeals Rule 40 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/12/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*